UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUSTY BROWN, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| L-3 COMMUNICATIONS CORP., ET AL,. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE DISTRICT COURT JUDGE:

The undersigned attorney hereby certifies that the following is a list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case:

1. Rusty Brown (Plaintiff)
2. Benny Garcia (Plaintiff)
3. Rudy Smith (Plaintiff)
4. Adam Messner (Plaintiff)
5. Matthew Kelso (Plaintiff)
6. Jordan Vaughan (Plaintiff)
7. Jacob Taylor (Plaintiff)
8. Eric Brewer (Plaintiff)
9. Kyle Ostwinkle (Plaintiff)
10. Brandon Ostwinkle (Plaintiff)
11. Derek Brister (Plaintiff)

12. Peter Kotsokalis (Plaintiff)

13. Christopher (Dorosh)

14. Daniel Wilhite (Plaintiff in related case, 4:11-CV-00289-Y)

15. James Acuña (Plaintiff in related case)

16. Christian Admire (Plaintiff in related case)

17. Clinton Bartek (Plaintiff in related case)

18. Kevin Blanchard (Plaintiff in related case)

19. Maxim Boyer (Plaintiff in related case)

20. Rory Cadotte (Plaintiff in related case)

21. Alexander Carter (Plaintiff in related case)

22. Travis Cleveland (Plaintiff in related case)

23. Alex Davis (Plaintiff in related case)

24. Matthew Davis (Plaintiff in related case)

25. Marcus Edwards (Plaintiff in related case)

26. Scott Hancock (Plaintiff in related case)

27. Jim Jackson (Plaintiff in related case)

28. Daniel Lehan (Plaintiff in related case)

29. Chandra McMurray (Plaintiff in related case)

30. Jacob Morrill (Plaintiff in related case)

31. Jordan Moss (Plaintiff in related case)

32. Salil Naik (Plaintiff in related case)

33. Christopher Nisi (Plaintiff in related case)

34. Thomas Nunn (Plaintiff in related case)

35. Michael Oddo (Plaintiff in related case)

36. Jonas Palomino (Plaintiff in related case)

37. Anthony Park (Plaintiff in related case)

38. Chen Prom  (Plaintiff in related case)

39. Marwan Quraishi  (Plaintiff in related case)

40. Ryan Sheehan  (Plaintiff in related case)

41. Brandon Spain  (Plaintiff in related case)

42. Nick Spost  (Plaintiff in related case)

43. Travis Taylor  (Plaintiff in related case)

44. Dyna Ung   (Plaintiff in related case)

45. Rick Vargas  (Plaintiff in related case)

46. L-3 Communications Corporation d/b/a L-3 Link Simulation & Training and/or L-3 Link Simulation & Training Air Traffic Control Academy (Defendant)

47. Robert E. "Scott" James (agent of Defendant)

48. Dale Raatz (agent of Defendant)

49. Jim Christy  (agent of Defendant)

50. L-3 Communications Holdings, Inc. (Defendant)

51. Greg Jackson (Lead Counsel for Plaintiffs)

52. The Law Office of Greg Jackson, PLLC (Plaintiffs' Lead Counsel's law firm)

53. Jamshyd (Jim) M. Zadeh (Counsel for Plaintiffs)

54. The Law Office of Jim Zadeh, P.C. (Plaintiffs' Counsel's law firm)

55. Michael A. McCabe (Lead Counsel for Defendants in related case)

56. S. Wallace Dunwoody (Co-Counsel for Defendants in related case)

57. Munck Carter, L.L.P. (Defendants' Counsel's law firm)

Respectfully submitted,

s/ Greg Jackson
GREG JACKSON
Texas Bar No. 00794018

THE LAW OFFICE OF GREG JACKSON, PLLC
115 W. 2nd Street, Suite 201
Fort Worth, Texas 76102
Phone: (817) 926-1003
Fax: (817) 886-3653
E-mail: gjackson@gregjacksonlaw.com

/s/ Jamshyd (Jim) M. Zadeh
JAMSHYD (JIM) M. ZADEH
Texas Bar No. 22239000

THE LAW OFFICE OF JIM ZADEH, P.C.
115 W. 2nd Street, Suite 201
Fort Worth, Texas 76102
Phone: (817) 335-5100
Fax: (817) 335-3974
E-mail: jim@zadehfirm.com

COUNSEL FOR PLAINTIFFS